**DEPARTMENT OF JUSTICE**
Bureau of Alcohol, Tobacco, Firearms and Explosives
Forensic Science Laboratory – Atlanta
2600 Century Parkway, Suite 400
Atlanta, Georgia  30345

# Major J. Wells Jr.

**Job Title:** Firearm and Toolmark Examiner

**Education:** M.A. Criminal Justice, Clark Atlanta University
Atlanta, Georgia 1996
B.A. Political Science, Morehouse College
Atlanta, Georgia 1993

**Training:** Trained under the direction of Senior Firearms Examiners
NFEA (National Firearms Examiner Academy)
Graduated October 2009
Glock Armorer Course – September 2009
Colt Manufacturing Tour – 2009
Connecticut Shotgun Manufacturing Tour – 2009
Charter Arms Manufacturing Tour – 2009
Savage Arms Manufacturing Tour – 2009
Smith and Wesson Manufacturing Tour – 2009
US Firearms Manufacturing Tour – 2009
Mossberg Manufacturing Tour – 2009
Marlin Manufacturing Tour – 2009
Drill Masters Tool Manufacturing Tour – 2009
Remington Firearms Manufacturing Tour – 2009
Kahr Arms Manufacturing Tour – 2009
Thompson Center Arms Manufacturing Tour – 2009
Sig Sauer Manufacturing Tour – 2009
Ruger Manufacturing Tour – 2009
Beretta Manufacturing Tour – 2009
Remington Ammunition Manufacturing Tour – 2009
ATF Firearms Technology Branch Machine Gun Conversion Class – 2009

Hi-Point Firearms Manufacturing Tour - 2010
Jagemann Stamping Company Manufacturing Tour - 2015
ASCLAD/LAB – International Assessor Training - 2014
Certified Ruger Armorer – 2007
Basic Courtroom Procedures Course - 2003
Advanced DBA Training – 2002
Interstate NEXUS Training – 2001
Firearms Safety – 2001
Certified Beretta Armorer - 2001
Certified Glock Armorer – 1999

**Experience:** Firearm and Toolmark Examiner
July 2008 – Present
Integrated Ballistic Identification System Specialist
January 1999- July 2008

**Publications:** A Comprehensive Statistical Analysis of Striated Tool Marks Examinations Part 1: Comparing Known Matches and Known Non – Matches, <u>AFTE Journal</u>: Vol. 39 No. 3, Summer 2007, 176.

Serial Number Restoration, <u>Georgia Division of International Association of Identification, GAIAI</u>: July-September 2013 Issue, 16

**Courses Taught:** CLEW (Crime Laboratory Educational Workshop)
June -2005
Serial Number Restoration Class – Orlando, FL 2010
Serial Number Restoration Class – Ocala, FL 2010
Serial Number Restoration Class – Ammendale, MD 2011
Serial Number Restoration Class – San Salvador, El Salvador 2011
Serial Number Restoration Class – Ammendale, MD 2012
Serial Number Restoration Class – San Juan, Puerto Rico 2012
Serial Number Restoration Class – Memphis, Tennessee
Serial Number Restoration Class – Ammendale, MD 2013
Serial Number Restoration Class – Ammendale, MD 2014
Serial Number Restoration Class – Ammendale, MD 2015

2

Serial Number Restoration Class – Ammendale, MD 2016
Serial Number Restoration Class – NYPD, NYC 2016
Serial Number Restoration Class – Ammendale, MD 2017
Serial Number Restoration Class – Ammendale, MD 2018

Revision Date: 5/1/16 MW